780

No. 58, Misc. SHOTKIN, TRUSTEE, *v.* PENNSYLVANIA COMPANY. See *ante,* p. 682.

No. 316. MCARTHUR *v.* FAW ET AL. November 18, 1946. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *John H. Winston* and *Clyde W. Key* for petitioner. *Jas. H. Epps, Jr., Robert L. Taylor* and *Wm. E. Miller* for respondents.

No. 410. CHICAGO, ROCK ISLAND & PACIFIC RAILWAY Co. *v.* FLEMING ET AL., TRUSTEES, ET AL. November 18, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *John Gerdes* and *Henry F. Tenney* for petitioner. *Wilkie Bushby, Alexander M. Lewis, Douglas B. Steimle, Edward W. Bourne, Jesse E. Waid, Edward K. Hanlon* and *Daniel James* for respondents.

No. 524. HARRISON ET AL. *v.* FLEMING ET AL., TRUSTEES, ET AL. November 18, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Loy N. McIntosh* for petitioners. *Wilkie Bushby, Alexander M. Lewis, Sanford H. E. Freund, Edward W. Bourne, Jesse E. Waid, Edward K. Hanlon* and *Daniel James* for respondents.

No. 517. SANDERS, DOING BUSINESS AS LEO SANDERS FUEL CO., *v.* OKLAHOMA TAX COMMISSION. November 18, 1946. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *John B. Ogden* for petitioner.